**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 13-18395

      Joey Davis
      Tammy C Davis
          Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2013.

2) The plan was confirmed on 11/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/15/2014.

5) The case was converted on 06/19/2014.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $31,650.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $5,250.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$5,250.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,117.72 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $204.76 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,322.48** |

Attorney fees paid and disclosed by debtor:     $1,079.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC MASTER HOLDINGS LLC | Unsecured | 739.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 4,256.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 11,956.70 | 11,956.70 | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 1,463.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 3,210.00 | 23,095.62 | 23,095.62 | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| CRESCENT BANK & TRUST | Secured | 18,438.88 | 18,438.88 | 18,438.88 | 3,497.73 | 429.79 |
| FIGIS INC | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 1,362.00 | 1,362.30 | 1,362.30 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 321.32 | 321.32 | 321.32 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 5,165.76 | 5,165.76 | 5,165.76 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 856.00 | 855.53 | 855.53 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 120.00 | 120.00 | 120.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 474.00 | 473.53 | 473.53 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 422.97 | 422.97 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STATE COLLECTION SERVICE | Unsecured | NA | 2,866.45 | 2,866.45 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 2,930.40 | 2,930.40 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 7,815.42 | 7,815.42 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 75.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 15,210.00 | 72,454.28 | 72,454.28 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 12,656.00 | NA | NA | 0.00 | 0.00 |
| WEST BAY ACQ | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,438.88 | $3,497.73 | $429.79 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,438.88** | **$3,497.73** | **$429.79** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $321.32 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$321.32** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$129,593.96** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,322.48 |
| Disbursements to Creditors | $3,927.52 |
| | |
| **TOTAL DISBURSEMENTS** : | **$5,250.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/21/2014                                  By: /s/ Glenn Stearns
                                                               Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**